## 15895. RALSTON *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the grounds of the motion for a new trial shows cause for a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1924.

Conviction of possession of liquor; from city court of Hall county —Judge Sloan. August 30, 1924.

Application for certiorari was made to the Supreme Court.

*Boyd Sloan, B. P. Gaillard Jr.,* for plaintiff in error.

*E. D. Kenyon, solicitor,* contra.

---

## 15086. OST *v.* MERCHANTS & FARMERS BANK *et al.*

BELL, J. In this action upon a promissory note a verdict was found for the plaintiff, the defendant filed a motion for a new trial, which the court granted, and the plaintiff excepted. *Held:* Under the ruling of the Supreme Court in answer to a question certified, the evidence demanded a finding in favor of the plaintiff, and the trial court erred in granting a new trial. The material facts as disclosed by the evidence are embraced in the certified question. See *Ost* v. *Merchants & Farmers Bank,* 159 *Ga.* 200 (124 S. E. 883).

*Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED NOVEMBER 13, 1924.

Complaint; from city court of Jesup—Judge M. Price presiding. September 8, 1923.

*Gibbs & Turner, J. H. Quarterman, Parker & Parker,* for plaintiff.

*Thomas & Walker,* for defendants.